BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SUSAN STEINBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06 00234 WDB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING DATE |
| vs. ) | |
| ) | |
| SUSAN STEINBERG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      This matter presently is set for a status conference or change of plea on May 18, 2006. The parties are discussing potential alternative resolutions to a plea and, in order to make informed decisions as to the outcome of this case, continue to review discovery in aid of these discussions.

      It is therefore STIPULATED and AGREED that the status conference presently scheduled for May 18, 2006 be continued to May 31, 2006. It is appropriate to continue excluding time under the Speedy Trial Act because of the need for continuing investigation of the case and defense preparation, because defense counsel will be out of town from May 25, 2006 through May 29, 2006, because government counsel will be in trial beginning May 22, 2006, and because failure to grant the continuance would deny the defendant effective preparation of her

STIP/ORD                                                                 1

1  defense and continuity of counsel.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

4  Dated: May 17, 2006

/S/
_____
ALICIA FENRICK
Assistant United States Attorney

7  Date: May 17, 2006

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

10  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
11  "conformed" signature (/S/) within this e-filed document.

12      Good cause appearing therefor, IT IS ORDERED that this matter is continued to May 31,
13  2006, and that time under the Speedy Trial Act shall continued to be excluded on the grounds set
14  forth in the foregoing stipulation.

16  Dated: May 17, 2006

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ Wayne D. Brazil — Judge Wayne D. Brazil]

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD                                2