1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   DOUG SPRAGUE (CSBN 202121)
3  Chief, Oakland Division

4  ALICIA FENRICK (CSBN 193860)
   Assistant United States Attorney
5
   LEE M. FALLER
6  Law Clerk

7
   1310 Clay Street, Suite 340S
8  Oakland, California 94612
   Telephone: (510) 637-3680
9  Fax: (510) 637-3724

10

11 Attorneys for Plaintiff

FILED
JUL 1 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15
   UNITED STATES OF AMERICA,        )   No. CR 06-00234 WDB
16                                  )
                                    )
17       Plaintiff,                 )   NOTICE OF DISMISSAL
                                    )
18   v.                             )
                                    )
19 SUSAN STEINBERG,                 )
                                    )
20                                  )
         Defendant.                 )
21  _____)

22     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

23 endorsed hereon, the United States Attorney for the Northern District of California hereby

24 //

25 //

26 // cc: WDB's Stats, Copies to parties via ECF,
       Marshal, Pretrial
27 //

28 //

DISMISSAL OF INFORMATION
CR-3-06-00234 WDB

1  dismisses the captioned information against the defendant, Susan Steinberg.

3  DATED: 7/14/06                    Respectfully submitted,

4                                    KEVIN V. RYAN
                                     United States Attorney

7                                    */s/ ALICIA FENRICK*
                                     ALICIA FENRICK
                                     Assistant United States Attorney

9  Leave is granted to the government to dismiss the information.

10 DATED: 7/14/06                    */s/ WAYNE D. BRAZIL*
                                     WAYNE D. BRAZIL
                                     United States Magistrate Judge

DISMISSAL OF COMPLAINT
CR-3-06-00234 WDB